**Opinion issued December 6, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00955-CV**

———————————

**IN RE MARK TRIMBLE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Mark Trimble, has filed a petition for writ of mandamus requesting that we compel the county court to hold an evidentiary hearing on his motion to modify a supersedeas bond set in the underlying forcible detainer action.[1] We deny the petition.

---

[1] The underlying case is *Federal National Mortgage Association, its successors and/or assigns v. I.B. Henderson and Mildred Henderson and All Other Occupants of 1608 Alaska Avenue, League City, Texas 77573-7300*, cause no. CV-

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

---

0081892, pending in the County Court at Law No. 3 of Galveston County, Texas, the Honorable Jack Ewing presiding.